# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-1918

———————

Jimmy J. Micius; Elsie M. Mayard,      *
                                       *
            Appellants,                *
                                       *   Appeal from the United States
     v.                                *   District Court for the
                                       *   District of Minnesota.
City of St. Paul; John M. Harrington,  *
Chief of Police, St. Paul Police       *   [UNPUBLISHED]
Department; Officer Etienne; Officer   *
Yunker; Officer Cheshier; John Does;   *
Jane Roes,                             *
                                       *
            Appellees.                 *

———————

Submitted: November 3, 2009
Filed: November 10, 2009

———————

Before BYE, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

Jimmy J. Micius and Elsie Mayard appeal following the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006)

———————

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.

(standard of review), we conclude summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.[2]

_____

[2]We decline to address the issues appellants raise for the first time on appeal. See Snider v. United States, 468 F.3d 500, 512 (8th Cir. 2006).